■ In the Matter of ANDREW F. CAPOCCIA, an Attorney, Petitioner, v APPELLATE DIVISION, THIRD DEPARTMENT, et al., Respondents. — Proceeding pursuant to CPLR article 78 for judgment in the nature of prohibition prohibiting this court, and the

Justices thereof, from taking further action in a pending attorney disciplinary proceeding entitled *Matter of Andrew F. Capoccia, Attorney, Respondent, and Committee on Professional Standards, Third Judicial Department, Petitioner,* and for other related relief.

Inasmuch as the Justices of this court are named as respondents in this proceeding, the matter may not be adjudicated here (Judiciary Law, § 14) and must be transferred to another court for determination.

Proceeding transferred to the Appellate Division, Fourth Department, for determination. Mahoney, P. J., Kane, Main, Casey and Yesawich, Jr., JJ., concur.